RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE _____

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-30032-02 |
| VERSUS | JUDGE ROBERT G. JAMES |
| HARRY E. COOPER, JR. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Upon consideration,

IT IS ORDERED that Defendant Harry E. Cooper, Jr.'s Motion to Reconsider Sentence [Doc. No. 209] is DENIED for lack of jurisdiction. *See United States v. Jackson*, 379 Fed. App'x. 371, 373-74 (5th Cir. 2010) (citing *United States v. Early*, 27 f.3d 140, 141-42 (5th Cir. 1994)).

MONROE, LOUISIANA, this 6th day of September, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE